**SEALED**

REDACTED COPY

FILED
2012 OC 31 AM 11: 37
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | **INDICTMENT** <br> COUNT ONE: <br> 18 U.S.C. § 666(a)(1)(B), Receipt of a Bribe by Agent of Organization Receiving Federal Funds. |
| v. | | |
| ALEJANDRA GARCIA | | |

THE GRAND JURY CHARGES:

**DR 12 CR 1711**

COUNT ONE
[18 U.S.C. § 666(a)(1)(B)]

From on or about January 1, 2011, to on or about October 31, 2011, in the Western District of Texas, Defendant,

ALEJANDRA GARCIA,

at all times material to this indictment being an agent and employee of Maverick County, Texas whose duties included issuing Maverick County checks for private contractors, said county receiving in the one year period beginning on January 1, 2011, benefits in excess of $10,000 under Department of Homeland Security Grant Program Operation Stonegarden, the Defendant did accept and agree to accept monetary compensation intending to be influenced and rewarded in connection with a transaction and series of transactions of Maverick County worth at least $5,000, in violation of 18 U.S.C. § 666(a)(1)(B).

A TRUE BILL.

ROBERT PITMAN
United States Attorney

By: _____
MICHAEL C. GALDO
Assistant United States Attorney

SEALED:
UNSEALED: XX

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: Maverick                USAO #: 2011R18425

DATE: October 31, 2012          MAG. CT. #: MATTER

AUSA: MICHAEL C. GALDO

DEFENDANT: ALEJANDRA GARCIA

CITIZENSHIP: U.S.

INTERPRETER NEEDED: No    Language: English

DEFENSE ATTORNEY: N/A

ADDRESS OF ATTORNEY: N/A

DEFENDANT IS          DATE OF ARREST:   N/A

BENCH WARRANT NEEDED:

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: SEALED INDICTMENT

OFFENSE: (Code & Description): Count 1: 18 U.S.C. § 666 – Receipt of Bribe By Agent of Organization Receiving Federal Funds.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: Count 1: up to 10 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment on all counts.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above       W/DT-CR-3